# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| Janis Carlson and Donald Carlson, | ) |
| Plaintiffs, | ) ) ) |
| v. | ) Civil Action No. 10-cv-506 RHK/RLE |
| Integrity Financial Partners, Inc., and Jane Doe, | ) ) ) ) |
| Defendants. | ) ) |

## ORDER FOR DISMISSAL

Based upon the Notice of Voluntary Dismissal with Prejudice (Doc. No. 3) filed by Plaintiffs, **IT IS ORDERED** that this action is **DISMISSED WITH PREJUDICE** on the merits and without costs or disbursements to any party.

**LET JUDGMENT BE ENTERED ACCORDINGLY**.

Dated: 4/15/10

s/Richard H. Kyle
RICHARD H. KYLE
United States District Judge